# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES - GENERAL

| | | | |
|---|---|---|---|
| Case No.: | ED CV 15-01833-AB (SPx) | Date: | November 2, 2015 |

| | |
|---|---|
| Title: | Rosa Aguilar v. Wells Fargo Bank, N.A. et al |

Present: The Honorable ANDRÉ BIROTTE JR.

| Carla Badirian | Chia Mei Jui |
|---|---|
| Deputy Clerk | Court Reporter |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| Gavin P Kassel | Thomas R Kaufman |

**Proceedings:** PLAINTIFF'S MOTION TO REMAND CASE [12]

The Courtroom Deputy Clerk distributes the Court's tentative ruling prior to the case being called.

The Court having carefully considered the papers and the evidence submitted by the parties, and having heard the oral argument of counsel, hereby takes the motion under submission.

00 : 20

CV-90 (12/02)  **CIVIL MINUTES - GENERAL**  Initials of Deputy Clerk CB